Fill in this information to identify the case:

Debtor name: **UNIQUE CASEWORK INSTALLATIONS, INC.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ill. Department of Employment Secu 33 State Street 10 Floor Chicago, IL 60603 | | Benefit Charges and Illinos Withholding | | | | $228,918.67 |
| Illinois Department of Revenue Bankruptcy Section P.O Box 64338 64338 | | State Withholding Taxes | | | | $21,996.61 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | | IRS 941 Payroll Taxes | | | | $1,844,514.92 |
| Liberty Mutual Fire Insurance Comp 175 Berkeley Street 19 South LaSalle Suite 701 Boston, MA 02116 | | Workers Compensation Insurance | | | | $148,865.49 |
| Tavelers c/o BD McLure & Ass LTd 4951 Indiana Avenue Lisle, IL 60532 | | Workers Compensation Insurance | | | | $15,664.50 |
| Travelers Indemneity Company P.O. Box 660317 Dallas, TX 75266 | | Workers Compensation Insurance | | | | $382,984.50 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1